# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
--------------------------------------------------------x
UNITED STATES OF AMERICA, and the  )
        States of ARKANSAS,                    )
        CALIFORNIA, COLORADO,          )
        CONNECTICUT, DELAWARE,       )
        FLORIDA, GEORGIA, HAWAII,     )
        ILLINOIS, INDIANA, IOWA,          )
        LOUISIANA, MARYLAND,           )
        MASSACHUSETTS,                     )
        MICHIGAN, MINNESOTA,           )
        MISSOURI, MONTANA,               )
        NEVADA, NEW JERSEY,              )
        NEW MEXICO, NEW YORK,         )        Civil Action No. 1:18-cv-01413 (RC)
        NORTH CAROLINA,                    )
        OKLAHOMA, RHODE ISLAND,   )
        TENNESSEE, TEXAS,                  )
        VERMONT, VIRGINIA,               )
        WASHINGTON, and                    )
        the DISTRICT OF COLUMBIA,     )
                                                            )
                                                            )
ex rel. JASON GREGORY, et al.,             )
                                                            )
                                                            )        FILED IN CAMERA AND
                                Plaintiffs,          )        UNDER SEAL PURSUANT TO
                                                            )        31 U.S.C. § 3730
                v.                                         )
                                                            )
NOVO NORDISK, INC., et al.                 )
                                                            )
                                Defendants.         )
--------------------------------------------------------x
```

## UNITED STATES' NOTICE OF ELECTION
## TO DECLINE INTERVENTION

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(4)(B), the United States of

America ("United States" or "Government") respectfully notifies the Court of its decision not to

intervene in this action.  The named States, through the States' designated coordinator, Lawrence

Carcare II, Deputy Attorney General, Medicaid Fraud Control Unit, Office of the Attorney General

for the State of Indiana, have advised the United States that they decline to intervene and joins this notice advising the Court of their decision not to intervene in this action.

Although the United States declines to intervene, it refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States respectfully requests that the Court solicit the written consent of the United States before approving any request or proposal by Relators or Defendants to dismiss, settle, or otherwise discontinue this action.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all papers filed in this action – including, but not limited to, any notices of appeal – be served upon the United States and that the Court send copies of all orders to Government counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action for good cause at a later date.

Finally, the Government asks that this action, the Complaint, this Notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided to the Court alone for the purpose of evaluating whether to extend the seal and the Government's deadline for intervention.

A proposed Order accompanies this Notice.

*   *   *

Dated:  September 9, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN (D.C. Bar # 924092)
Chief, Civil Division

By:      /s/*Paul A. Mussenden*
PAUL A. MUSSENDEN
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7874

JAMIE ANN YAVELBERG (D.C. Bar # 445473)
WILLIAM E. OLSON (D.C. Bar # 480087)
Civil Division, Fraud Section
PO Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.353.1336

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
UNITED STATES OF AMERICA, and the  )
        States of ARKANSAS,         )
        CALIFORNIA, COLORADO,       )
        CONNECTICUT, DELAWARE,      )
        FLORIDA, GEORGIA, HAWAII,   )
        ILLINOIS, INDIANA, IOWA,    )
        LOUISIANA, MARYLAND,        )
        MASSACHUSETTS,              )
        MICHIGAN, MINNESOTA,        )
        MISSOURI, MONTANA,          )
        NEVADA, NEW JERSEY,         )
        NEW MEXICO, NEW YORK,       )   Civil Action No. 1:18-cv-01413 (RC)
        NORTH CAROLINA,             )
        OKLAHOMA, RHODE ISLAND,     )
        TENNESSEE, TEXAS,           )
        VERMONT, VIRGINIA,          )
        WASHINGTON, and             )
        the DISTRICT OF COLUMBIA,   )
                                    )
                                    )
ex rel. JASON GREGORY, et al.,      )
                                    )
                                    )   FILED IN CAMERA AND
                        Plaintiffs, )   UNDER SEAL PURSUANT TO
                                    )   31 U.S.C. § 3730
        v.                          )
                                    )
NOVO NORDISK, INC., et al.          )
                                    )
                        Defendants. )
-------------------------------------------------------x
```

### [PROPOSED] ORDER

Having received Notice of the United States' and the named States' election to decline

intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court

rules as follows:

IT IS HEREBY ORDERED that

1.  the Complaint be unsealed and served upon the defendant by the relators;

2.  all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendant only after service of the Complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5.  the parties shall serve all notices of appeal upon the United States;

6.  all orders of this Court shall be sent to the United States;

7.  should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2020.

_____

Date

_____

RUDOLPH CONTRERAS
United States District Judge

**To the Clerk: Please send copies of the foregoing Order to**:

United States' Counsel:
Paul A. Mussenden (Paul.Mussenden@usdoj.gov)
U.S. Attorney's Office Drop Box in Clerk's Office

William E. Olson
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044

2

NAMFCU Representatives:
Lawrence J. Carcare II
Deputy Attorney General
Medicaid Fraud Control Unit
Office of Indiana Attorney General Curtis Hill
8720 Castle Creek Parkway East Drive, Suite 250
Indianapolis, Indiana 46250

Relators' Counsel:
Brian J. Markovitz
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Mychal Wilson
The Law Offices of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

C. Brooks Cutter
John R. Parker, Jr.
Cutter Law PC
401 Watt Avenue
Sacramento, CA 95864

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION have been sent by first-class mail, postage prepaid, this 9th day of September 2020, to:

Brian J. Markovitz
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Mychal Wilson
The Law Offices of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

C. Brooks Cutter
John R. Parker, Jr.
Cutter Law PC
401 Watt Avenue
Sacramento, CA 95864

__/s/*Paul A. Mussenden* _____
PAUL A. MUSSENDEN
Assistant United States Attorney